UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>KEVAUGHN ROBINSON,<br><br>Defendant. | 26-CR-458 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the Parties must appear before the Court in connection with Defendant's request for modification of his bail conditions, *see* Dkt. 15, on **Friday, November 13, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

**Date: November 10, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**