UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

KEVAUGHN ROBINSON,

Defendant.

-----------------------------------------------------------------X

26-CR-458 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 13, 2026, the Parties appeared before the Court for a status conference.

IT IS HEREBY ORDERED that Defendant's request for bail modification is GRANTED. The conditions of Defendant's bail are modified as follows: (1) Defendant is now subject to a curfew as opposed to home detention, with the time of such curfew being at the discretion of Pretrial Services; (2) Defendant's travel restrictions are now expanded to include the District of New Jersey, the Eastern, Middle, and Western Districts of Pennsylvania, and the District of Connecticut; (3) Defendant's bail is subject to an additional condition, which is that he "shall not engage in employment that requires him to travel to schools, daycare facilities, or other locations where minors are likely to congregate."

**SO ORDERED.**

**Date: November 13, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**